UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>RELIEF ENTERPRISES, INC., )<br>et al., )<br>)<br>Defendants. ) | Case No. 1:06CV00471<br><br>Judge: Henry H. Kennedy |

**DECLARATION OF JOHN F. SCALIA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** 

I, JOHN F. SCALIA hereby make application to the United States District Court for the District of Columbia for admission Pro Hac Vice on behalf of Defendants Relief Enterprises, Inc., Clarence Williams and Calvin Williams, in the above-captioned action, pursuant to LR83.2(d) of the Local Rules of Practice for the United States District Court for the District of Columbia.

1. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters stated herein, I am competent and willing and able to testify.

2. I am an attorney retained by Defendants in this matter, with the intention that I appear before this Court if permitted to appear and participate in this case.

3. I am currently an attorney who is a member in good standing of, and eligible to practice before, the bars of the following United States Courts: U.S. Court of Appeals for the Ninth Circuit (December 1991), U.S. Court of Appeals for the Fourth Circuit (September 2001), U.S. District Court for the Northern District of California (December 1991), U.S. District Court

for the Eastern District of California (September 1994), U.S. District Court for the Central District of California (December 1995) and U.S. District Court for the Eastern District of Virginia (September 2001), U.S. Court of Appeals for the Federal Circuit (November 2004), and U.S. District Court for Western District of Virginia (November 2004).

3. I am also a member in good standing of, and eligible to practice before the highest courts of the following States: California (December 1991) and Virginia (September 2001).

4. My residence address is the following:

   1320 Alps Drive
   McLean, VA 22102

5. My office address is the following:

   Greenberg Traurig, LLP
   1750 Tysons Boulevard, Suite 1200
   McLean, Virginia 22102

6. I am not currently, nor have I previously been, suspended or disbarred from practice in any court.

7. I hereby designate as associated local counsel in this matter Matthew H. Sorensen, Esq., an attorney in the law firm of Greenberg Traurig, LLP.

8. I have been admitted to practice before this court *pro hac vice* once within the past two years.

9. I do not engage in the practice of law from an office in the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed at McLean, Virginia, April 24th, 2006.

_____
JOHN F. SCALIA