UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>RELIEF ENTERPRISES, INC., )<br>et al., )<br>)<br>Defendants. ) | Case No. 1:06CV00471<br><br>Judge: Henry H. Kennedy |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Matthew H. Sorensen, counsel for Defendants Relief Enterprises, Inc., Clarence Williams and Calvin Williams and a member in good standing of the bar of the District of Columbia and of this Court, hereby move for the admission of Beverly J. Landers to practice before this Court *pro hac vice* on behalf of Defendants in the above captioned matter, pursuant to Rule 83.2(d) LCvR. Ms. Landers is currently a member in good standing of the bars of the highest court of Texas. Ms. Landers is not currently, nor has she previously been, suspended or disbarred from practice in any court. Wherefore, Defendant respectfully requests that this motion for admission of Beverly J. Landers be granted.

In support of this motion Defendant submits the attached Declaration of Beverly J. Landers.

                Respectfully submitted,

                /s/
-------------------------------------
Matthew H. Sorensen, D.C. Bar 492130
**Greenberg Traurig LLP**
1750 Tysons Blvd, Suite 1200
McLean, VA 22102
(703) 749-1348 (office)
(202) 714-8352 (fax)

*Counsel for Defendants*
*Relief Enterprises, Inc., Clarence*
*Williams, and Calvin Williams*

Dated: April 28, 2006