UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06CV00471 |
| ) | |
| ) | Judge: Henry H. Kennedy |
| RELIEF ENTERPRISES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF BEVERLY J. LANDERS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, BEVERLY J. LANDERS hereby make application to the United States District Court for the District of Columbia for admission Pro Hac Vice on behalf of Defendants Relief Enterprises, Inc., Clarence Williams and Calvin Williams, in the above-captioned action, pursuant to LR83.2(d) of the Local Rules of Practice for the United States District Court for the District of Columbia.

1. All the statements herein are true and correct to the best of my knowledge, information and belief. If called upon to testify regarding the matters stated herein, I am competent and willing and able to testify.

2. I am an attorney retained by Defendant in this matter, with the intention that I appear before this Court if permitted to appear and participate in this case.

3. I am currently an attorney who is a member in good standing of, and eligible to practice before the highest court of Texas (May 1983).

4. My residence address is the following:

   4716 Duval Rd. #B9
   Austin, Texas 78727

5. My office address is the following:

   Law Office of Beverly J. Landers & Assoc.
   P. O. Box 434
   Del Valle, Texas 78617

6. I am not currently, nor have I previously been, suspended or disbarred from practice in any court.

7. I hereby designate as associated local counsel in this matter Matthew H. Sorensen, Esq., an attorney in the law firm of Greenberg Traurig, LLP.

8. I have not filed concurrently, or within the year preceding this application, any *pro hac vice* application with this Court.

9. I do not engage in the practice of law from an office located in the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Executed at Austin, Texas, April 26, 2006.

_____
BEVERLY J. LANDERS