UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK W. SPEAKES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RELIEF ENTERPRISES, INC., et al.,<br><br>Defendants. | Civil Action 06-00471  (HHK) |

ORDER

Counsel for defendants, Relief Enterprises, Inc.; Clarence Williams; and Calvin Williams has moved for the admission of Beverly J. Landers to appear *pro hac vice* on behalf of defendants. On May 2, 2006, the court inadvertently permitted counsel of record, Matthew H. Sorensen, permission to appear *pro hac vice*. In order to address this error, it is this 5th day of May, 2006, hereby

**ORDERED** that Beverly J. Landers is permitted to appear *pro hac vice* on behalf of defendants, Relief Enterprises, Inc., Clarence Williams, and Calvin Williams in the United States District Court for the District of Columbia.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge