UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK W. SPEAKES**, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**RELIEF ENTERPRISES, INC.**, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 1:06cv00471(Kennedy) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all of the parties to this action, by and through their undersigned counsel, hereby stipulate and agree that this case is dismissed with prejudice upon the filing of this Stipulation of Dismissal with the Court.

**For the Plaintiffs Mark W. Speakes**, *et al.*:

  /s/ James S. Ray                              Date: September 20, 2006
James S. Ray, Esq.
Law Offices of James S. Ray
706 Duke Street
Alexandria, Virginia 22314
Tel: 703-836-8111
Fax: 703-836-1888
E-Mail: jrayraylaw@aol.com


**For the Defendants Relief Enterprises, Inc.**, *et al.*:

   /s/ Beverly J. Landers                       Date: September 20, 2006
Beverly J. Landers, Esq.
(pro hac vice)
Beverly J. Landers & Associates
P.O. Box 434
Del Valle, Texas 78617-0434
Tel: 512-785-4804
Fax: 512-247-7969
E-mail: bevlandlaw@aol.com

-2-

___/s/ John F. Scalia_____  Date: September 20, 2006
Matthew Sorenson, Esq.
(D.C. Bar No. 26508)
John F. Scalia, Esq.
(pro hac vice)
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, Virginia 22102
Tel: 703-749-1300
Fax: 703-749-1301
E-mail: ScaliaJ@GTLaw.com